IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Antonio Silot, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No._____ |
| | § | |
| Calvin Anderson and | § | |
| Dove Equipment, LLC, | § | |
|     Defendants. | § | |

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Antonio Silot, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No._____ |
| | § | |
| Calvin Anderson and | § | |
| Dove Equipment, LLC, | § | |
|     Defendants. | § | |

## INDEX OF STATE COURT DOCUMENTS

Defendants file this Index of State Court Documents, and attach hereto the following:

1.   Plaintiff's Original Petition and Jury Demand;

2.   Citation Issued to Calvin Anderson;

3.   Citation Issued to Dove Equipment, LLC, by serving its registered agent, Raul Garza;

4.   Confirmation of mailing Citation to Calvin Anderson by Certified Mail, Return Receipt Requested;

5.   Confirmation of mailing Citation to Dove Equipment, by serving its registered agent, Raul Garza, by Certified Mail, Return Receipt Requested;

6.   Defendants Motion to Transfer Venue;

7.   Defendants Original Answer Subject to Their Motion to Transfer Venue;

8.   Defendants Jury Demand Subject to Their Motion to Transfer Venue; and

9.   Defendants First Amended Answer Subject to Their Motion to Transfer Venue

# Exhibit A

Respectfully submitted,

SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
(210) 349-0515 Telephone
(210) 349-3666 Facsimile

By: /s/ Robert A. Valadez
    Robert A. Valadez, Attorney-in-Charge
    State Bar No. 20421845
    rvaladez@shelton-valadez.com
    David L. Jones
    State Bar No. 24002370
    Federal ID No. 360459
    djones@shelton-valadez.com

    COUNSEL FOR DEFENDANTS
    CALVIN ANDERSON AND
    DOVE EQUIPMENT, LLC.

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing is being electronically filed and served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on the 30th day of January, 2017, to counsel of record as follows:

Wayne Colodny
Tom Rhodes Law Firm, P.C.
126 Villita Street
San Antonio, Texas 78205
wcolodny@tomrhodeslaw.com

        /s/ Robert A. Valadez
        Robert A. Valadez

#422788

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Antonio Silot,                         §
        Plaintiff,                     §
                                       §
v.                                     §        Civil Action No._____
                                       §
Calvin Anderson and                    §
Dove Equipment, LLC,                   §
        Defendants.                    §

# ATTACHMENT 1

Electronically Filed
12/22/2016 11:43:54 AM
Hidalgo County District Clerks
Reviewed By: Leticia Silva

NO. C-5662-16-J

| ANTONIO SILOT | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| vs. | § | _____ JUDICIAL DISTRICT |
| | § | |
| | § | |
| CALVIN ANDERSON and | § | |
| DOVE EQUIPMENT, LLC | § | HIDALGO COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE COURT:

NOW COMES, Plaintiff, **ANTONIO SILOT** complaining of Defendant **CALVIN ANDERSON** and Dove Equipment, LLC and files this Plaintiff's Original Petition and Jury Demand and would show onto this Honorable Court the following:

### I.

This suit is filed pursuant to Level Two. Plaintiff is a resident of the State of Pennsylvania.

Defendant **CALVIN ANDERSON** is an individual who should be served by Certified Mail/Return Receipt Requested sent to his residence of 908 South Patterson Street, Lebanon, Indiana 46502 or wherever he may be located.

Defendant **DOVE EQUIPMEMT, LLC** is a Texas company located in San Juan, Texas that should be served by Certified Mail/Return Receipt Requested to its Registered Agent, Raul Garza, P.O. Box 658, San Juan, Texas 78589-06587.

### II.

Venue is proper in Hidalgo County as Defendant Dove Equipment, LLC's principal place of business is located in San Juan, Hidalgo County, Texas. Furthermore, the damages

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____Deputy #17

C-5662-16-J

Electronically Filed
12/22/2016 11:43:54 AM
Hidalgo County District Clerks
Reviewed By: Leticia Silva

sought are within the jurisdictional limits of this Honorable Court. Pursuant to Rule 47, Plaintiff hereby states that he is seeking monetary damages in an amount that is greater than $200,000 but less than $1, 000,000.00 (unless the jury awards more than such amount upon hearing the evidence).

### III.

On or about December 24, 2014, Plaintiff Antonio Silot suffered injuries and damages as a result of a collision caused by Defendant Calvin Anderson. Such collision was proximately and solely caused by Defendant Calvin Anderson who was operating a tractor trailer in a negligent manner. The tractor-trailer was owned by Defendant Dove Equipment, LLC and entrusted to Defendant Calvin Anderson. The Plaintiff was asleep in the cab of a tractor that was parked at in the parking lot of the Pilot Travel Center. His vehicle was suddenly and without warning struck by a 2008 Kenworth Export that was towing a Heil trailer. Defendant Calvin Anderson was either in the employment or was an agent of Dove Equipment which was the owner of the tractor-trailer. The vehicle was entrusted to Calvin Anderson by Dove Equipment, LLC even though it knew or should have known he was a reckless and unsafe driver.

Although having a duty to operate said vehicle in a safe and lawful manner, Defendant' Calvin Anderson's actions and/or omissions breached that duty by failing to exercise reasonable ordinary care in one or more of the following particulars which proximately caused the incident made the basis of this suit:

* Inattention;

* Failure to take evasive action;

*Turned improperly;

* Oversized Load;

C-5662-16-J

Electronically Filed
12/22/2016 11:43:54 AM
Hidalgo County District Clerks
Reviewed By: Leticia Silva

Defendant Dove Equipment, LLC was the owner of the tractor-trailer and the employer of Calvin Anderson and was negligent pursuant to the theories of agency, negligent entrustment and Respondeat Superior.

### IV.

As a proximate result of the incident made the basis of this suit, Plaintiff Antonio Silot suffered personal injuries and damages for which suit is now brought, specifically including:

* Reasonable and necessary medical expenses in the past as well as medical expenses for any and all treatment required in the future;

* Past/future physical impairment and loss of earning capacity in an amount to be determined by a jury;

* Past/future physical pain, suffering and mental anguish in an amount to be determined by a jury.

### V.

It is respectfully requested that the Court and Jury determine the amount that will fairly and adequately provide compensation for the recovery of damages described above which exceed the minimum jurisdictional limits of this Honorable Court.

WHEREFORE, PREMISES CONSIDERED, prayer is made that Defendants Calvin Anderson and Dove Equipment, LLC be cited to appear and answer and that, upon final hearing, Plaintiff Antonio Silot recover from Defendants Calvin Anderson and Dove Equipment, LLC the damages set forth above, along with all costs of court, all pre judgment and post judgment interest, as well as such further relief, both general and special, at law or in equity, to which Plaintiff may be justly entitled whether specifically prayed for or not.

C-5662-16-J

Electronically Filed
12/22/2016 11:43:54 AM
Hidalgo County District Clerks
Reviewed By: Leticia Silva

Respectfully submitted,

/S/Wayne Colodny
WAYNE COLODNY
SBN: 04626440
TOM RHODES LAW FIRM P.C.
126 Villita Street
San Antonio, Texas78205
Telephone No.: (210) 225-5251
Facsimile No.: (210) 225-6545
wcolodny@tomrhodeslaw.com
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Antonio Silot, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No._____ |
| | § | |
| Calvin Anderson and | § | |
| Dove Equipment, LLC, | § | |
|     Defendants. | § | |

# ATTACHMENT 2

C-5662-16-J
430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

---

CITATION

---

THE STATE TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

Calvin Anderson
908 South Patterson Street
Lebanon IN 46502

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 430th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 22nd day of December, 2016 and a copy of same accompanies this citation. The file number and style of said suit being, C-5662-16-J, ANTONIO SILOT VS. CALVIN ANDERSON, DOVE EQUIPMENT, LLC

Said Petition was filed in said court by Attorney WAYNE COLODNY, 126 VILLITA STREET, SAN ANTONIO, TEXAS 78205.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 29th day of December, 2016.

LAURA HINOJOSA, DISTRICT CLERK
100 N. CLOSNER, EDINBURG, TEXAS
HIDALGO COUNTY, TEXAS

TIMOTHY RAMIREZ DEPUTY CLERK

DATE

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy#17

CERTIFIED MAIL 9214 8901 0661 5400 0100 3732 22

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 29th day of December, 2016 I, Timothy Ramirez, Deputy Clerk of the 430th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-5662-16-J, Antonio Silot  VS.  Calvin Anderson, Dove Equipment, LLC a copy of the citation along with a copy of the petition by certified mail return receipt requested.   Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return) _____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 29th day of December, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

_____
**TIMOTHY RAMIREZ, DEPUTY CLERK**

## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
## CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Antonio Silot, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No._____ |
| | § | |
| Calvin Anderson and | § | |
| Dove Equipment, LLC, | § | |
| Defendants. | § | |

# ATTACHMENT 3

C-5662-16-J
430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

## CITATION

### THE STATE TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

Dove Equipment, LLC
Registered Agent: RAUL GARZA
PO Box 658
San Juan TX 78589-06587

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 430th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 22nd day of December, 2016 and a copy of same accompanies this citation. The file number and style of said suit being, C-5662-16-J, ANTONIO SILOT VS. CALVIN ANDERSON, DOVE EQUIPMENT, LLC

Said Petition was filed in said court by Attorney WAYNE COLODNY, 126 VILLITA STREET, SAN ANTONIO, TEXAS 78205.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 29th day of December, 2016.

LAURA HINOJOSA, DISTRICT CLERK
100 N. CLOSNER, EDINBURG, TEXAS
HIDALGO COUNTY, TEXAS

TIMOTHY RAMIREZ DEPUTY CLERK

DATE _____

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____Deputy#17

CERTIFIED MAIL 9214 8901 0661 5400 0100 3734 13

## CERTIFICATE OF RETURN
## UNDER RULES 103 T.R.C.P.

This is to certify that on this the 29th day of December, 2016 I, Timothy Ramirez, Deputy Clerk of the 430th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-5662-16-J, Antonio Silot VS. Calvin Anderson, Dove Equipment, LLC a copy of the citation along with a copy of the petition by certified mail return receipt requested.    Return receipt was returned on the _____ day of _____, 201___ (or unserved for the reason on the certificate return)
_____.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 29th day of December, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

_____
**TIMOTHY RAMIREZ, DEPUTY CLERK**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____,  my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in _____County, State of Texas, on the _____ day of _____, 20_____.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Antonio Silot,                          §
          Plaintiff,                    §
                                        §
v.                                      §        Civil Action No._____
                                        §
Calvin Anderson and                     §
Dove Equipment, LLC,                    §
          Defendants.                   §

# ATTACHMENT 4

12/29/2016                                          ConfirmDelivery.com

## Mail Piece Details                                           Print this page

### Recipient Address

CALVIN ANDERSON
908 SOUTH PATTERSON STREET
LEBANON, IN 46502

*Record / Case Number:*
C-5662-16-J CITATION

### Return Address

LAURA HINOJOSA
HIDALGO COUNTY DISTRICT CLERK
PO BOX 87
EDINBURG, TX 78540-0087

### Mail Piece Information

Tracking Number: 92148901066154000100373222
Date Created: 12/29/2016 01:01:03 PM
Mail Class: USPS First Class Mail
Special Services: Certified Mail
Return Receipt Electronic
Memo: --
Created By: Timothy Ramirez – Hidalgo County District Clerk

### Tracking Information

Mailed, December 29, 2016, 01:01:03 PM, EDINBURG, TX 78540

DATE _____ 1-27-17

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy#17

Adobe is a registered trademark of Adobe Systems Incorporated in the United States and/or other countries.
For the latest version of Adobe® Reader® click here.

https://secure.confirmdelivery.com/MailNet/Tracking/TrackMailResults_SinglePiece.aspx?PF=Y&PIC=92148901066154000100373222                    1/1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Antonio Silot,                          §
      Plaintiff,                      §
                                      §
v.                                      §   Civil Action No._____
                                      §
Calvin Anderson and                     §
Dove Equipment, LLC,                    §
      Defendants.                     §

# ATTACHMENT 5

12/29/2016                                ConfirmDelivery.com

---

## Mail Piece Details                                   Print this page

---

### Recipient Address

RAUL GARZA
DOVE EQUIPMENT, LLC
P.O. BOX 658
SAN JUAN, TX 78589-6587

*Record / Case Number:*
C-5662-16-J CITATION

### Return Address

LAURA HINOJOSA
HIDALGO COUNTY DISTRICT CLERK
PO BOX 87
EDINBURG, TX 78540-0087

### Mail Piece Information

| | |
|---|---|
| Tracking Number: | 9214890106615400100373413 |
| Date Created: | 12/29/2016 01:02:53 PM |
| Mail Class: | USPS First Class Mail |
| Special Services: | Certified Mail |
| | Return Receipt Electronic |
| Memo: | -- |
| Created By: | Timothy Ramirez – Hidalgo County District Clerk |

### Tracking Information

Mailed, December 29, 2016, 01:02:53 PM, EDINBURG,TX 78540

DATE ___1-29-17___
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____Deputy#17

Adobe is a registered trademark of Adobe Systems Incorporated in the United States and/or other countries.
For the latest version of Adobe® Reader® click here.

https://secure.confirmdelivery.com/MailNet/Tracking/TrackMailResults_SinglePiece.aspx?PF=Y&PIC=9214890106615400100373413          1/1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Antonio Silot, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No._____ |
| | § | |
| Calvin Anderson and | § | |
| Dove Equipment, LLC, | § | |
| Defendants. | § | |

# ATTACHMENT 6

Electronically Filed
1/23/2017 10:28:52 AM
Hidalgo County District Clerks
Reviewed By: Noel Cruz

CAUSE NO. C-5662-16-J

| | | |
|---|---|---|
| ANTONIO SILOT | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | 430th JUDICIAL DISTRICT |
| | § | |
| | § | |
| CALVIN ANDERSON and | § | |
| DOVE EQUIPMENT, LLC | § | HIDALGO COUNTY, TEXAS |

## MOTION TO TRANSFER VENUE

Defendants, Dove Equipment, LLC and Calvin Anderson file this, their Motion to Transfer Venue and asks the Court to transfer this case from Hidalgo County to Bexar County because Hidalgo County is not a proper county for venue.

### INTRODUCTION

1.  Plaintiff, Antonio Silot sued Defendants in Hidalgo County for personal injuries related to a motor vehicle accident that occurred on or about December 24, 2014 at a Pilot Truck Stop in Bexar County Texas. Plaintiff makes claims of negligence against Defendant Anderson, and claims of agency, negligent entrustment and respondeat superior against Defendant Dove Equipment, LLC.

2.  Defendant Anderson was the driver of one of the vehicles at the time of the accident and is a proper party to this lawsuit.

3.  Defendant Dove Equipment, LLC owned the vehicle driven by Defendant Anderson, but had leased the vehicle in question to another entity. Dove Equipment was not the employer of Defendant Anderson at the time of the accident. As such, Dove Equipment, LLC is not a proper party in interest and its principal place of business cannot be a basis for venue.

DATE _1-22-17_

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____ Deputy#17

Electronically Filed
1/23/2017 10:28:52 AM
Hidalgo County District Clerks
Reviewed By: Noel Cruz

## BACKGROUND

4.   On December 22, 2016, Plaintiff filed an original petition in Hidalgo County.

5.   In the petition, Plaintiff pleaded the following venue facts: "Venue is proper in Hidalgo County as Defendant Dove Equipment, LLC's principal place of business is located in San Juan, Hidalgo County, Texas.

6.   Dove Equipment, LLC has been improperly named as the employer of Defendant Anderson, and is not a proper party to this suit because Defendant did not employ or direct Mr. Anderson in any way.   As such, the location of Dove Equipment is not a proper basis for venue in this suit.

### ARGUMENT & AUTHORITIES

**A. Venue is improper in Hidalgo County.**

9.   Venue for this case is improper in Hidalgo County because no proper party resides in Bexar County, and Plaintiff has alleged no other venue fact with which to establish venue in Hidalgo County.

**B. Venue proper in Bexar County.**

10.   Because venue over this case is governed by Texas Civil Practice & Remedies Code section 15.002(a), this case should be transferred to Bexar County.   Bexar County is the only county of proper venue because it is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred. Tex. Civ. Prac. & Rem. Code §15.002(a)(1). As noted above, this is a motor vehicle accident that occurred in a Pilot Truck Stop in Bexar County, Texas.

2

Electronically Filed
1/23/2017 10:28:52 AM
Hidalgo County District Clerks
Reviewed By: Noel Cruz

### CONCLUSION

20.  Because Calvin Anderson is not a resident of Hidalgo County and because Dove Equipment, LLC is not a proper party, the case should be transferred to Bexar County since it is the location of the accident that is basis of this lawsuit.

### PRAYER

21.  For these reasons, Defendants ask the Court to set their motion to transfer venue for hearing and, after the hearing, grant defendant's motion and transfer this case to Bexar County.

Respectfully submitted,

SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas  78205-1860
(210) 349-0515 Telephone
(210) 349-3666 Facsimile


By:_____*/s/ Robert A. Valadez*_____
Robert A. Valadez, Attorney-in-Charge
State Bar No. 20421845
rvaladez@shelton-valadez.com
David L. Jones
State Bar No. 24002370
djones@shelton-valadez.com

ATTORNEYS FOR DEFENDANT
CALVIN ANDERSON AND
DOVE EQUIPMENT, LLC

3

Electronically Filed
1/23/2017 10:28:52 AM
Hidalgo County District Clerks
Reviewed By: Noel Cruz

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing is being electronically filed and served in accordance with the TEXAS RULES OF CIVIL PROCEDURE 8 on the 23rd day of January, 2017, to counsel of record as follows:

Wayne Colodny
Tom Rhodes Law Firm, P.C.
126 Villita Street
San Antonio, Texas 78205
wcolodny@tomrhodeslaw.com


_____ /s/ Robert A. Valadez _____
Robert A. Valadez

RAV/DJ/vv
#422664

4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Antonio Silot, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No._____ |
| | § | |
| Calvin Anderson and | § | |
| Dove Equipment, LLC, | § | |
|     Defendants. | § | |

# ATTACHMENT 7

Electronically Filed
1/23/2017 10:39:15 AM
Hidalgo County District Clerks
Reviewed By: Timothy Ramirez

CAUSE NO. C-5662-16-J

| | | |
|---|---|---|
| ANTONIO SILOT | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | 430th JUDICIAL DISTRICT |
| | § | |
| | § | |
| CALVIN ANDERSON and | § | |
| DOVE EQUIPMENT, LLC | § | HIDALGO COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

## SUBJECT TO THEIR MOTION TO TRANSFER VENUE

Calvin Anderson and Dove Equipment, LLC, Defendants in the above-styled and numbered cause, and file this Original Answer to Plaintiff's Original Petition subject to their motion to transfer venue.

### I.
### GENERAL DENIAL

Subject to such stipulations and admissions as may hereinafter be made, Defendants asserts a general denial as authorized by Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, and respectfully requests that Plaintiff be required to prove the charges and allegations made against it by a preponderance of the evidence as required by the Constitution and laws of The State of Texas.

### II.
### PRAYER

For the foregoing reasons, Defendants Calvin Anderson and Dove Equipment, LLC, prays that Plaintiff recover nothing, that the Court enter judgment that Defendants recovers all costs of court, and for all other relief that it may show itself to be entitled.

DATE_____1-27-17_____

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____Deputy#17

Electronically Filed
1/23/2017 10:39:15 AM
Hidalgo County District Clerks
Reviewed By: Timothy Ramirez

Respectfully submitted,

SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas  78205-1860
(210) 349-0515 Telephone
(210) 349-3666 Facsimile


By:     /s/ Robert A. Valadez
        Robert A. Valadez, Attorney-in-Charge
        State Bar No. 20421845
        rvaladez@shelton-valadez.com
        David L. Jones
        State Bar No. 24002370
        djones@shelton-valadez.com

        ATTORNEY FOR DEFENDANT
        CALVIN ANDERSON AND
        DOVE EQUIPMENT, LLC


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing is being electronically filed and served in accordance with the TEXAS RULES OF CIVIL PROCEDURE 8 on the 23rd day of January, 2017, to counsel of record as follows:

Wayne Colodny
Tom Rhodes Law Firm, P.C.
126 Villita Street
San Antonio, Texas 78205
wcolodny@tomrhodeslaw.com


        /s/ Robert A. Valadez
        Robert A. Valadez

RAV/DJ/vv
#422629

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Antonio Silot,                          §
      Plaintiff,                  §
                                  §
v.                                      §     Civil Action No._____
                                  §
Calvin Anderson and                     §
Dove Equipment, LLC,                    §
      Defendants.                 §

# ATTACHMENT 8

Electronically Filed
1/23/2017 10:59:20 AM
Hidalgo County District Clerks
Reviewed By: Timothy Ramirez

CAUSE NO. C-5662-16-J

| | | |
|---|---|---|
| ANTONIO SILOT | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | 430th JUDICIAL DISTRICT |
| | § | |
| | § | |
| CALVIN ANDERSON and | § | |
| DOVE EQUIPMENT, LLC | § | HIDALGO COUNTY, TEXAS |

### DEFENDANTS' JURY DEMAND

### SUBJECT TO THEIR MOTION TO TRANSFER VENUE

Subject to their Motion to Transfer Venue, Defendants' Calvin Anderson and Dove Equipment, LLC, tender the proper jury fee and respectfully demands a trial by jury.

Respectfully submitted,

SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
(210) 349-0515 Telephone
(210) 349-3666 Facsimile

By:  /s/ Robert A. Valadez
Robert A. Valadez, Attorney-in-Charge
State Bar No. 20421845
rvaladez@shelton-valadez.com
David L. Jones
State Bar No. 24002370
djones@shelton-valadez.com

ATTORNEY FOR DEFENDANTS
CALVIN ANDERSON AND
DOVE EQUIPMENT, LLC

DATE 1/27/17

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy #17

Electronically Filed
1/23/2017 10:59:20 AM
Hidalgo County District Clerks
Reviewed By: Timothy Ramirez

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing is being electronically filed and served in accordance with the TEXAS RULES OF CIVIL PROCEDURE 8 on the 23rd day of January, 2017, to counsel of record as follows:

Wayne Colodny
Tom Rhodes Law Firm, P.C.
126 Villita Street
San Antonio, Texas 78205
wcolodny@tomrhodeslaw.com

*/s/ Robert A. Valadez*
Robert A. Valadez

RAV/DJ/vv
#422628

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Antonio Silot,<br>        Plaintiff,<br><br>v.<br><br>Calvin Anderson and<br>Dove Equipment, LLC,<br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No._____ |

# ATTACHMENT 9

CAUSE NO. C-5662-16-J

| | | |
|---|---|---|
| ANTONIO SILOT | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 430TH JUDICIAL DISTRICT |
| | § | |
| CALVIN ANDERSON AND | § | |
| DOVE EQUIPMENT, LLC | § | HIDALGO COUNTY, TEXAS |

## DEFENDANTS' FIRST AMENDED ANSWER[1]

Calvin Anderson and Dove Equipment, LLC, ("Dove"), Defendants in the above-styled and numbered cause, file this First Amended Answer to Plaintiff's Original Petition subject to their motion to transfer venue and would respectfully show as follows:

### I. VERIFIED DENIAL

Defendant Dove Equipment, LLC is not liable in the capacity in which it is sued in Plaintiff's Original Petition. Plaintiff has impermissibly attempted to name Dove as a party under the alternative theories that Dove was either the employer of Calvin Anderson or that Calvin Anderson was acting as an agent of Dove at the time of the incident giving rise to Plaintiff's claims.

Dove has never been the employer of Calvin Anderson and was not his employer on or about December 24, 2014.

Regarding the tractor-trailer at the heart of the above-styled case, Dove leased the vehicle to Calvin Anderson's employer, at which time Dove relinquished control of the vehicle. Calvin Anderson was not a party to the lease.

Dove has never had a lease agreement with Calvin Anderson and did not have such an agreement on or about December 24, 2014.

---

[1] Defendants' file this Amended Answer subject to their Motion to Transfer Venue. Defendants filed their Original Answer subject to their Motion to Transfer Venue and do not intend to waive their position stated therein.

Calvin Anderson has never been an agent of Dove, authorized or implied, for any general or specific purpose and was not an agent for Dove for any reason on or about December 24, 2014.

## II. GENERAL DENIAL

Subject to such stipulations and admission as may hereinafter be made, Defendants assert a general denial as authorized by Rule 92 of the Texas Rules of Civil Procedure and respectfully request that Plaintiff be required to prove the charged and allegations made against Defendants by a preponderance of the evidence as required by the Constitution and law of the State of Texas.

Respectfully submitted,

Robert A. Valadez
State Bar No. 20421845
SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
Phone: (210) 349-0515
Fax:    (210) 349-3666
rvaladez@shelton-valadez.com

ATTORNEY FOR DEFENDANTS
CALVIN ANDERSON AND
DOVE EQUIPMENT, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing is being electronically filed and served in accordance with the Texas Rules of Civil Procedure 8, 21, and 21a on the 30th day of January, 2017, to counsel of record as follows:

Wayne Colodny
Tom Rhodes Law Firm, P.C.
126 Villita Street
San Antonio, Texas 78205
wcolodny@tomrhodeslas.com

ATTORNEY FOR PLAINTIFF

Robert A. Valadez

## VERIFICATION OF RAUL GARZA

STATE OF TEXAS        §
                      §
COUNTY OF HIDALGO §

Before me, the undersigned notary, on this day personally appeared Raul Garza, whose identify is known to me, and after I administered an oath, testified as follows:

"My name is Raul Garza. I am capable of making this verification. I have read Defendants' First Amended Answer and Verified Denial, and specifically Section I titled Verified Denial, and the facts stated therein are true and correct."

_____
Raul Garza

Sworn to and subscribed before me by Raul Garza on January 30, 2017

RAMIRO SALINAS, JR.
Notary Public, State of Texas
Comm. Expires 12-07-2020
Notary ID 10891076

_____
Notary Public, in and for the State of Texas

My commission expires: 12 . 07 - 2020