FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2017 MAY 23  PM 4: 18

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
     DEPUTY CLERK

| | | |
|---|---|---|
| ANTONIO SILOT | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-17-CV-00177-XR |
| | § | |
| CALVIN ANDERSON AND DOVE | § | |
| EQUIPMENT, LLC, | § | |
| DEFENDANTS. | § | |

## AGREED FINAL JUDGMENT

On this day came on to be considered the captioned cause, and all of the parties having announced in writing through a joint motion that all matters in controversy have been compromised and settled by agreement, and that such agreement was to the effect that Plaintiff, ANTONIO SILOT, take nothing against Defendants, CALVIN ANDERSON and DOVE EQUPMENT, LLC, and that each party is to bear its own costs of court.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that Plaintiff, ANTONIO SILOT, take nothing against Defendants, CALVIN ANDERSON and DOVE EQUIPMENT, LLC. Court costs are HEREBY assessed against the party incurring same.

This judgment disposes of all parties and claims and is final and appealable.

SIGNED this 23rd day of MAY , 2017.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

AGREED:

TOM RHODES LAW FIRM P.C.
126 Villita Street
San Antonio, Texas 78205
Tel:  (361) 225-5251
Fax: (361) 225-6545


By:____/s/ Wayne Colodny_____
        Wayne Colodny
        State Bar No. 0462640
        Federal Bar No. 17609
        wcolodny@tomrhodeslaw.com
        J. Thomas Rhodes, III
        State Bar No. 16820050
        Federal Bar No. 17613
        trhodes@tomrhodeslaw.com
        Robert E. Brzezinski
        State Bar No. 00783746
        Federal Bar No. 17609
        brzez@tomrhodeslaw.com

        ATTORNEYS FOR PLAINTIFF


SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
Tel:  (210) 349-0515
Fax: (210) 349-3666


By:____/s/ Robert A. Valadez_____
        Robert A. Valadez
        State Bar No.  20421845
        rvaladez@shelton-valadez.com
        David L. Jones
        State Bar No.  24002370
        djones@shelton-valadez.com

        ATTORNEY FOR DEFENDANTS


RAV/DLJ
#424382